**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


DARRICO BAKER,

        Plaintiff,

v.                                        CASE NO. 06-13079
                                         HON. MARIANNE O. BATTANI

WAYNE CITY MICHIGAN POLICE
DEPT., ET AL,

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court having reviewed the Magistrate Judge's Report and Recommendation (Doc.

No. 16), filed on October 11, 2007, and no objections having been filed thereto,

        **IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that

Plaintiff's Complaint (Doc. No. 1) is **DISMISSED.**

        **IT IS SO ORDERED.**

                                  s/Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  UNITED STATES DISTRICT JUDGE

DATED: October 31, 2007

### CERTIFICATE OF SERVICE

        Copies of this Order were served upon counsel of record on this date by ordinary mail

and/or electronic filing.

                                  s/Bernadette M. Thebolt
                                  DEPUTY CLERK